No. 73–1581.   EKBERG SHIPPING CORP. v. MONCADA.
C. A. 2d Cir.   Certiorari denied.

No. 73–1586.   ILLINOIS EDUCATION ASSN. ET AL. v.
WALKER, GOVERNOR OF ILLINOIS, ET AL.   Sup. Ct. Ill.
Certiorari denied.

No. 73–1602.   TIME OIL CO. v. WOLVERTON ET AL.
C. A. 9th Cir.   Certiorari denied.

No. 73–1610.   ROMANO ET AL. v. DEPARTMENT OF PUB-
LIC WORKS AND BUILDINGS OF ILLINOIS.   Sup. Ct. Ill.
Certiorari denied.

No. 73–1634.   CHICAGO, ROCK ISLAND & PACIFIC RAIL-
ROAD CO. v. PETERMAN.   C. A. 8th Cir.   Certiorari
denied.

No. 73–1647.   MOBIL CHEMICAL CORP. v. DEVERS.
C. A. 5th Cir.   Certiorari denied.

No. 73–1686.   BLOOMFIELD-MESPO LOCAL SCHOOL DIS-
TRICT ET AL. v. STATE BOARD OF EDUCATION.   Ct. App.
Ohio, Trumbull County.   Certiorari denied.

No. 73–1711.   NAPOLI v. NEW YORK ET AL.   Ct. App.
N. Y.   Certiorari denied.

No. 73–5650.   DOE ET AL. v. BURNS, COMMISSIONER,
DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL.   C. A.
8th Cir.   Certiorari denied.

No. 73–6098.   LYONS v. UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.